Circuit Court of Appeals for the Third Circuit denied. Mr. T. Walter Fowler for the petitioner. No appearance for the respondents.

---

No. 838. THEODORE KHARAS, PETITIONER, v. THE UNITED STATES. March 24, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. Mr. T. J. Mahoney for the petitioner. The Attorney General and Mr. Assistant Attorney General Harr for the respondent.

---

No. 1009. THE J. F. ROWLEY COMPANY, PETITIONER, v. E. H. ROWLEY. March 24, 1913. Petitions for a writ of certiorari and a cross-writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. Mr. L. P. Loving for the petitioner. Mr. Lowrie C. Barton for the respondent.

---

No. 1010. THE BOARD OF COUNTY COMMISSIONERS OF THE CITY AND COUNTY OF DENVER, PETITIONER, v. THE HOME SAVINGS BANK. March 24, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. Mr. William H. Bryant, Mr. Chas. S. Thomas, Mr. Milton Smith and Mr. Chas. R. Brock for the petitioner. No appearance for the respondent.

---

No. 1018. CHARLES G. DADE, PETITIONER, v. THE UNITED STATES. April 7, 1913. Petition for a writ of certiorari to the Court of Appeals of the District of